## CALDER *v.* THE REGISTRAR OF PROPERTY.

### APPEAL from a decision of the Registrar of Property of San Germán.

#### No. 79.—Decided January 10, 1911.

INHERITANCE TAX—RECORD OF HEREDITARY PORTION.—In testamentary proceedings had upon the demise of Fernando Calder, appellant's father, a parcel of land was apportioned to said appellant, and the testamentary operations having been approved, a copy thereof was presented at the registry for record of appellant's portion. This was refused by the registrar because it had not been shown that the heirs of Enriqueta Calder, who had also inherited from Fernando Calder, had paid the inheritance tax due upon her death. *Held:* That inasmuch as the tax due with reference to the portion of the inheritance of appellant's father had been paid, his portion was recordable without prejudice to such action as might be proper when the operations referring to the portion of the inheritance of Enriqueta Calder were presented for admission to record.

The facts are stated in the opinion.

*Mr. Benito Forés* for appellant.

MR. JUSTICE WOLF delivered the opinion of the court.

In the testamentary transactions resultant upon the death of Fernando Calder y Toro, the father of the appellant, among other property there was adjudged to him a piece of property in the ward of "La Tuna," of San Germán, consisting of 25 acres, more particularly described in the petition before us. These transactions were approved by the District Court of Mayagüez on August 26, 1910. When a copy of these transactions was presented to the registrar,

to record solely the interest of the petitioner, the registrar denied the record because it was not shown that the heirs of Enriqueta Calder y Giménez had paid the taxes which were due by reason of the death of that lady, as required by section 378 of the Political Code.

The taxes arising from the division of the estate of the father of the appellant, namely, Fernando Calder, appear to have been paid. It transpires, however, that in order to complete the declaration of heirship in the District Court of Mayagüez it was necessary for the heirs of Enriqueta Calder to be made parties. Enriqueta Calder ·was one of the heirs of Fernando Calder and died after he died. But the appellant had no connection with the estate of Enriqueta Calder or the taxes in connection with it. The difficulty that assails the registrar, if there is one, could be met when the transactions resultant upon the division of the estate of Enriqueta Calder are brought to her attention. The note of the registrar must be reversed.

*Reversed.*

Chief Justice Hernández and Justices MacLeary and del Toro concurred.